

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00011-CV

J. Felix **GONZALEZ-LIMON**,
Appellant

v.

Ruth **GONZALEZ**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-06392
Honorable David A. Canales, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee, Ruth Gonzalez, recover her costs of this appeal from appellant, J. Felix Gonzalez-Limon.

SIGNED November 19, 2014.

_____
Marialyn Barnard, Justice